UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEANDRE JACKSON,<br>                    Defendants. | No. 23-MJ-5339 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that defendant's bail conditions are modified as follows:

- Mr. Jackson shall be subject to home detention enforced by location monitoring.

SO ORDERED.

Dated:   September 10, 2024
         New York, New York

                                                     Ronnie Abrams
                                                     United States District Judge