Law Offices of
# Donald J. Yannella

A NY Professional Corporation
**Email:  nynjcrimlawyer@gmail.com**
**Tel:  (212) 226-2883**
**Fax:  (646) 430-8379**

**135 Prospect Street**
**Ridgewood, NJ  07450**

**299 Broadway, Suite 800**
**New York, NY  10007**
(Preferred mailing address)

October 16, 2024

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 17, 2024

Re:    United States v. Deandre Jackson, 23 Mag. 5339

Dear Judge Abrams:

I am defense counsel for Deandre Jackson, who is on Home Detention as a condition of pretrial release.

Individuals under home detention are not approved to obtain or maintain mobile employment unless approved by the Court. Given that Mr. Jackson obtained verifiable employment through Amazon as a delivery driver, I request that Mr. Jackson be permitted to maintain that employment under Home Detention.

Pretrial Services Officer Piperato has no objection to the proposed modification so long as the defendant remains diligent in providing ongoing verification proof (statements, schedule and itinerary for work that day).

AUSA Benjamin Burkett informs me that he has no objection to the application under the conditions proposed by Pretrial Officer Piperato.

Sincerely,
/s/ Donald Yannella

Donald J. Yannella, Esq.