Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**135 Prospect Street**  **299 Broadway, Suite 800**
**Ridgewood, NJ 07450**   **New York, NY 10007**
(Preferred mailing address)

November 25, 2024

Hon. Ronnie Abrams                                    Application granted.
United States District Judge
40 Foley Square                                       SO ORDERED.
New York, NY 10007

Re:    United States v. Deandre Jackson, 23 Mag. 5339

Ronnie Abrams, U.S.D.J.
November 25, 2024

Dear Judge Abrams:

    I am defense counsel for Deandre Jackson, who is on Home Detention as a condition of pretrial release.

    Mr. Jackson respectfully seeks permission to attend a combined birthday and Thanksgiving celebration with his child and the mother of his child on November 28, 2024. The celebration is at 1089 Ralph Avenue, Brooklyn New York. He seeks permission to leave home at 1:00 PM and return home at 10 PM that day.

    Pretrial Services Officer Francesca Piperato informs me: "Per home detention policy we object to social requests but note his improved compliance."

    AUSA Benjamin Burkett informs me that he has no objection to this application.

    Sincerely,
    /s/

    Donald J. Yannella, Esq.