Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Office phone: (212) 226-2883
Mobile phone: (917) 549-6818

**NJ address:**
135 Prospect Street
Ridgewood, NJ 07450

**NY address:**
52 Duane Street, 7th Fl.
New York, NY 10007

June 25, 2025

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    United States v. Deandre Jackson, 24 CR 681-001 (RA)

Dear Judge Abrams:

    I am defense counsel for Deandre Jackson, who is scheduled to be sentenced on June 30, 3025. I respectfully request that the sentencing hearing be adjourned to July 1, 2025.

    The basis for this request is that I have another court appearance at 9 AM on June 30, 2025, and it is possible that I will be required to be in that courtroom almost all day. There is no way of knowing in advance when that other case will finish.

    AUSA Benjamin Burke informs me that he has no objection to this application.

    Sincerely,
    /s/

    Donald J. Yannella, Esq.

cc:    AUSA Benjamin Burkett

The sentencing is rescheduled to July 7, 2025 at 2:00 p.m. and will be held in Courtroom 1506.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 27, 2025