UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEANDRE JACKSON,<br><br>Defendant. | No. 24-cr-681 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    Sentencing for Defendant Deandre Jackson is scheduled for July 7, 2025. The Court hereby provides notice that it is considering a downward departure for Jackson pursuant to U.S.S.G. § 5H1.1 based on his age. To the extent the parties wish to respond in writing, they shall do so no later than July 2, 2025 at 5:00 p.m.

SO ORDERED.

Dated:    July 1, 2025
             New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge