Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email:  nynjcrimlawyer@gmail.com**
**Office phone:  (212) 226-2883**
**Mobile phone:  (917) 549-6818**

**NJ address:**
135 Prospect Street
Ridgewood, NJ  07450

**NY address:**
52 Duane Street, 7th Fl.
New York, NY  10007

March 16, 2026

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

     Re:    United States v. Deandre Jackson, 24 CR 681 (RA)

Dear Judge Abrams:

     I am defense counsel for Deandre Jackson, who is serving a term of supervised release.  He is supervised in the Eastern District of New York by USPO Cameron Pierce.

     I respectfully request that Your Honor order Pretrial Services to release Mr. Jackson's passport to him, which he surrendered as a condition of release on an appearance bond, dated July 7, 2023.

     The US Probation Office emailed me:  "We do not have any objection with Mr. Jackson having his passport returned to him. We do not authorize international travel unless the Court approves it."  To be clear, Mr. Jackson only asked for return of his passport, not for permission to travel internationally.

     AUSA Benjamin Burkett informs me that the Government has no objection to this request.

Sincerely,

/s/

Donald J. Yannella, Esq.

Application granted. Mr. Jackson is reminded that should he wish to travel internationally, he must first seek approval from the Court.

cc.    AUSA Benjamin Burkett

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 17, 2026