UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DEANDRE JACKSON,

Defendant.

24-CR-681 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 3, 2026, the Court held a conference regarding Defendant Deandre Jackson's alleged violations of the conditions of his supervised release. During that conference, the parties consented to the imposition of an additional condition under which Mr. Jackson will be required to reside in a Residential Re-Entry Center. Accordingly, the following condition shall be made a part of the special conditions of Mr. Jackson's supervised release:

> For a period of 180 days, the defendant shall reside in a Residential Re-Entry Center (RRC) approved by the U.S. Probation Office. While in the RRC, the defendant shall adhere to all rules and conditions established by the RRC.

SO ORDERED.

Dated: August 4, 2026
New York, New York

Ronnie Abrams
United States District Judge